BLY LAW, PC
WILLIAM F. BLY (State Bar No. 181571)
11400 W. Olympic Blvd, Suite 700
Los Angeles, CA 90064
Tel:  310-477-8604
Fax:  310-496-1537
bill@blyfirm.com

Attorneys for Plaintiff, AUDIBLE MAGIC CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDIBLE MAGIC CORPORATION, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>BCD MUSIC GROUP INC., A Texas Corporation; DEEP DISTRIBUTION WORLDWIDE, INC., a Texas Corporation; CHRISTIAN IP, form unknown; SHILA MITRA aka SHILA BLAKESLEE, an individual; and JANET JORDAN, an individual,<br><br>Defendants. | Case No. 16-cv-00952-MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Audible Magic Corporation, dismisses *with prejudice* the above entitled action, including all causes of action, against all Defendants. This

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1

notice of dismissal is being filed with the Court before service by any of the Defendants of either an answer or motion for summary judgment.

Dated: May 17, 2016

                                        Bly Law, PC

                                        By:_____
                                              William F. Bly
                                             Attorneys for Plaintiff